UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HO TRAN,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ARCTIC STORM MANAGEMENT GROUP, LLC; ARCTIC FJORD, INC.,*in personam;* and F/V ARCTIC FJORD, her engines, tackle, gear and appurtenances, *in rem,*,<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>No. CV6-1275 RSM<br><br>DECLARATION OF STEVEN WIKER, PH.D., C.P.E. |

I, Steven Wiker, Ph.D., depose and declare as follows:

1.　　I have a doctorate degree in Industrial and Operations Engineering from the University of Michigan, Ann Arbor, in 1986. I received my master's of science degree in Industrial and Operations Engineering from the University of Michigan, Ann Arbor, in 1982. I received a master's of science in Biological Sciences in 1981, from George Washington University. I received a bachelor's of science degree in 1975 from the University of California at Davis. I am a Certified Professional Ergonomist. I am very experienced with marine vehicle design and marine vehicle design standards and safe practices; a responsibility held as a Coast Guard prior to retiring.

DECLARATION OF STEVEN WIKER, PH.D - 1
[USDC WD WA NO. CV6-1275 RSM]

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

2. I teach, perform applied research, and work as a consultant in the fields of occupational biomechanics, ergonomics/human factors, industrial ergonomics, advanced human factors engineering, safety engineering and accident reconstruction.

3. I have been retained as an expert by the plaintiff in this matter to investigate and to offer opinions regarding the circumstances of the accident that occurred on August 9, 2005.

4. It is important to be able to go aboard the vessel on which the plaintiff was injured, and make measurements to biomechanical demands of the job and the loci of body centers of mass as the plaintiff demonstrates the activities performed at the time preceding the accident event.

5. Using goniometers, anthropometers and digital optical recording instruments, I will make kinematic measurements and record them to enable reconstruction of the postures and position of body segments and total body center of mass position with respect to the feasible stance envelops. I will bring my own power source for my equipment, and need not rely upon the vessel's power source for that purpose.

6. I would also need to be accompanied by Ken Stewart, my laboratory biometrical engineer with whom I work in the Seattle area.

7. I believe that I can accomplish my measurements in four hours time.

I declare under penalty of perjury that the foregoing is true and correct.
Signed at Morgantown, West Virginia this 24th day of April 2007.

*[signature]*

Steven F. Wiker, Ph.D., C.P.E.

DECLARATION OF STEVEN WIKER, PH.D - 2
[USDC WD WA NO. CV6-1275 RSM]

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961