THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HO TRAN,<br><br>Plaintiff,<br><br>v.<br><br>ARCTIC STORM MANAGEMENT GROUP, LLC; ARCTIC FJORD, INC., *in personam*; and F/V ARCTIC FJORD, her engines, tackle, gear and Appurtenances, *in rem*,<br><br>Defendants. | At Law or In Admiralty<br><br>No. CV6 1275 RSM<br><br>DEFENDANTS' COUNTER DESIGNATIONS OF DEPOSITION OF ROMEO RAFANAN AND DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATIONS |

Defendants designate the following portions of the deposition of Romeo Rafanan for consideration by the Court at trial:

1. Deposition of Romeo Rafanan

   Page 8, lines 1-8

   Page 24, lines 6-7

   Page 30, line 16

   Page 31, lines 19-24

DEFENDANTS' COUNTER DESIGNATIONS OF DEPOSITION
OF ROMEO RAFANAN AND DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S DESIGNATIONS – Page 1, CV6 1275 RSM

26670 ik200804

Le Gros Buchanan
& Paul
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

| | |
|---|---|
| 1 | Page 35, line 11 through Page 37, line 6 |
| 2 | Page 37, lines 11-20 |
| 3 | Page 38, line 4 through Page 39, line 6 |
| 4 | Page 39, line 25 through Page 41, line 11 |
| 5 | Page 41, line 25 through Page 43, line 7 |
| 6 | Page 44, lines 5-8 |
| 7 | Page 44, line 10 through Page 51, line 14 |
| 8 | Page 52, lines 4-8 |
| 9 | Page 52, line 20 through Page 54, line 7 |
| 10 | Page 54, line 11 through Page 55, line 23 |
| 11 | Page 58, line 22 through Page 59, line 17 |
| 12 | Page 60, line 23 through Page 61, line 17 |
| 13 | Page 63, line 1 through Page 67, line 24 |
| 14 | Page 71, line 25 through Page 72, line 17 |
| 15 | Page 73, line 21 through Page 74, line 1 |
| 16 | Page 75, line 14 through Page 76, line 8 |
| 17 | Page 77, lines 1-20 |
| 18 | Page 79, line 14 through Page 81, line 5 |
| 19 | Page 84 line 14 through Page 85, line 13 |
| 20 | Page 87, line 3 through Page 88, line 2 |
| 21 | Page 89, line 3 through Page 90, line 15 |
| 22 | Page 91, lines 1-14 |
| 23 | Page 99, line 25 through Page 100, line 1 |

DEFENDANTS' COUNTER DESIGNATIONS OF DEPOSITION
OF ROMEO RAFANAN AND DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S DESIGNATIONS – Page 2, CV6 1275 RSM
26670 ik200804

Le Gros Buchanan
& Paul
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

Page 100, line 8

Page 101, lines 3-5

Defendants' objections to plaintiff's designations of the deposition of Romeo Rafanan:

Page 24, lines 3-11. Object to form of the question.

Page 27, lines 5-25. Objection. Relevance.

Page 32, line 9 through Page 33, line 13. Objection. Relevance, foundation.

Page 33, line 14 through Page 34, line 22. Objection. Relevance.

Page 81, line 6 through Page 84, line 13. Objection. Relevance.

Page 85, line 14 through Page 87, line 2. Objection. Relevance, responsiveness.

Page 98, line 8 through page 99, line 18. Objection. Relevance.

Page 100, Line 6 through Page 101, line 2. Objection. Relevance.

DATED this ___21___ day of November, 2007.

s/David C. Bratz
s/Carey M.E. Gephart
DAVID C. BRATZ, WSBA #15235
CAREY M.E. GEPHART, WSBA #37106
Attorneys for Defendants Arctic Storm
Management Group, LLC, and Arctic Fjord, Inc.
LeGros, Buchanan & Paul
701 Fifth Avenue, Ste. 2500, Seattle, WA 98104
Tel: (206) 623-4990 Fax: (206) 467-4828
e-mail: dbratz@legros.com
e-mail: cgephart@legros.com

DEFENDANTS' COUNTER DESIGNATIONS OF DEPOSITION OF ROMEO RAFANAN AND DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATIONS – Page 3, CV6 1275 RSM

26670 ik200804

LE GROS BUCHANAN & PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Ricardo S. Martinez, and all associated counsel of record.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

*s/Janice Sweeney*
Assistant to David C. Bratz, Esq.
LeGros Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104
Telephone: 206-623-4990
Facsimile: 206-467-4828
E-mail: jsweeney@legros.com

DEFENDANTS' COUNTER DESIGNATIONS OF DEPOSITION OF ROMEO RAFANAN AND DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATIONS – Page 4, CV6 1275 RSM

26670 ik200804

LE GROS BUCHANAN & PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990